FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 17 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
TERENCE A. NELSON,

        PLAINTIFF,

   -AGAINST-

COUNTY OF SUFFOLK, DETECTIVE WILLIAM
HUDSON and DETECTIVE RALPH RIVERA.

        DEFENDANTS.
------------------------------------X

VERDICT SHEET
12-CV-5678 (DRH)

### INSTRUCTIONS

THE APPLICABLE LAW AS TO THIS CASE IS FULLY SET FORTH IN THE CHARGE. THE PURPOSE OF THIS FORM IS <u>SOLELY</u> TO ASSIST YOU IN REPORTING YOUR VERDICT.

YOUR VERDICT MUST BE UNANIMOUS, THAT IS, EACH OF YOU MUST AGREE ON THE ANSWER TO EACH QUESTION.

### FEDERAL CIVIL RIGHTS CLAIMS

**FALSE ARREST**

1. (A) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON FOR THE PERIOD BEGINNING FROM THE TIME PLAINTIFF ARRIVED AT THE PRECINCT TO INQUIRE WHETHER DETECTIVES WERE LOOKING FOR HIM UNTIL DEFENDANT RIVERA RETURNED TO THE PRECINCT FROM THE ULTRA DIAMOND STORE?

        YES _____ NO ✓

   (B) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANT RIVERA RETURNED FROM THE ULTRA DIAMOND STORE TO WHEN THE OFFICERS WERE INFORMED THAT THE MISSING DIAMOND BRACELET WAS FOUND AT THE STORE AND COULD NOT HAVE BEEN STOLEN BY PLAINTIFF?

        YES ✓ NO _____

(C) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANTS LEARNED THAT THE MISSING BRACELET WAS FOUND UNTIL HIS ARRAIGNMENT?

YES ✓   NO ____

2. (A) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA FOR THE PERIOD BEGINNING FROM THE TIME PLAINTIFF ARRIVED AT THE PRECINCT TO INQUIRE WHETHER DETECTIVES WERE LOOKING FOR HIM UNTIL DEFENDANT RIVERA RETURNED TO THE PRECINCT FROM THE ULTRA DIAMOND STORE?

YES ✓   NO ____

(B) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANT RIVERA RETURNED FROM THE ULTRA DIAMOND STORE TO WHEN THE OFFICERS WERE INFORMED THAT THE MISSING DIAMOND BRACELET WAS FOUND AT THE STORE AND COULD NOT HAVE BEEN STOLEN BY PLAINTIFF?

YES ✓   NO ____

(C) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANTS LEARNED THAT THE MISSING BRACELET WAS FOUND UNTIL HIS ARRAIGNMENT?

YES ✓   NO ____

**MALICIOUS PROSECUTION**

3. (A) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF MALICIOUS PROSECUTION</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON?

YES ✓   NO ____

(B) HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF MALICIOUS

PROSECUTION BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA?

YES ✓        NO _____

**DENIAL OF DUE PROCESS/FAIR TRIAL**

4.   (A)   HAS PLAINTIFF'S FEDERAL CIVIL RIGHTS CLAIM OF DENIAL OF DUE PROCESS/FAIR TRIAL BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON?

YES ✓        NO _____

(B)   HAS PLAINTIFF'S FEDERAL CIVIL RIGHTS CLAIM OF DENIAL OF DUE PROCESS/FAIR TRIAL BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA?

YES ✓        NO _____

**FAILURE TO INTERVENE**

5.   (A)   HAS PLAINTIFF'S FEDERAL CIVIL RIGHTS CLAIM OF FAILURE TO INTERVENE BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON?

YES ✓        NO _____

(B)   HAS PLAINTIFF'S FEDERAL CIVIL RIGHTS CLAIM OF FAILURE TO INTERVENE BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA?

YES ✓        NO _____

**STATE LAW CLAIMS**

**FALSE ARREST**

6.   (A)   HAS PLAINTIFF'S STATE LAW CLAIM OF FALSE ARREST BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON FOR THE PERIOD BEGINNING FROM THE TIME PLAINTIFF ARRIVED AT THE PRECINCT TO INQUIRE WHETHER DETECTIVES WERE LOOKING FOR

       HIM UNTIL DEFENDANT RIVERA RETURNED TO THE PRECINCT FROM THE ULTRA DIAMOND STORE?

          YES _____      NO ✓

(B)  HAS PLAINTIFF'S <u>STATE LAW CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANT RIVERA RETURNED FROM THE ULTRA DIAMOND STORE TO WHEN THE OFFICERS WERE INFORMED THAT THE MISSING DIAMOND BRACELET WAS FOUND AT THE STORE AND COULD NOT HAVE BEEN STOLEN BY PLAINTIFF?

          YES ✓      NO _____

(C)  HAS PLAINTIFF'S <u>STATE LAW CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANTS LEARNED THAT THE MISSING BRACELET WAS FOUND UNTIL HIS ARRAIGNMENT?

          YES ✓      NO _____

7.  (A)  HAS PLAINTIFF'S <u>STATE LAW CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA FOR THE PERIOD BEGINNING FROM THE TIME PLAINTIFF ARRIVED AT THE PRECINCT TO INQUIRE WHETHER DETECTIVES WERE LOOKING FOR HIM UNTIL DEFENDANT RIVERA RETURNED TO THE PRECINCT FROM THE ULTRA DIAMOND STORE?

          YES ✓      NO _____

(B)  HAS PLAINTIFF'S <u>STATE LAW CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANT RIVERA RETURNED FROM THE ULTRA DIAMOND STORE TO WHEN THE OFFICERS WERE INFORMED THAT THE MISSING DIAMOND BRACELET WAS FOUND AT THE STORE AND COULD NOT HAVE BEEN STOLEN BY PLAINTIFF?

          YES ✓      NO _____

(C)  HAS PLAINTIFF'S <u>STATE LAW CLAIM OF FALSE ARREST</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA FOR THE PERIOD BEGINNING FROM THE TIME DEFENDANTS LEARNED THAT THE MISSING BRACELET WAS FOUND UNTIL HIS ARRAIGNMENT?

          YES ✓      NO _____

**MALICIOUS PROSECUTION**

8. (A) HAS PLAINTIFF'S <u>STATE LAW CLAIM OF MALICIOUS PROSECUTION</u> BEEN ESTABLISHED AS TO THE DEFENDANT WILLIAM HUDSON?

   YES ✓     NO ____

   (B) HAS PLAINTIFF'S <u>STATE LAW CLAIM OF MALICIOUS PROSECUTION</u> BEEN ESTABLISHED AS TO THE DEFENDANT RALPH RIVERA?

   YES ✓     NO ____

**IF YOU ANSWERED "NO" TO ALL OF THE ABOVE QUESTIONS YOU HAVE FOUND FOR DEFENDANTS. PROCEED NO FURTHER AND SIMPLY REPORT YOUR VERDICT TO THE COURT.**

**IF YOU ANSWERED "YES" TO ANY OF THE ABOVE QUESTIONS, THEN YOU HAVE FOUND FOR THE PLAINTIFF, IN WHICH EVENT YOU SHOULD PROCEED TO QUESTIONS 9 THROUGH 13 BELOW.**

<u>COMPENSATORY DAMAGES</u>

9. A. PLEASE STATE THE TOTAL AMOUNT OF COMPENSATORY DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFF:

   COMPENSATORY DAMAGES (TOTAL AMOUNT)

   $ <u>7,000</u>
   

<u>**NOMINAL DAMAGES ($1.00)**</u>
(TO BE CONSIDERED ONLY IF YOU RETURN A VERDICT FOR THE PLAINTIFF ON ONE OR MORE OF HIS <u>FEDERAL CIVIL RIGHTS CLAIMS</u> BUT DO NOT AWARD PLAINTIFF ANY COMPENSATORY DAMAGES ON THAT CLAIM)

10. SHOULD PLAINTIFF BE AWARDED NOMINAL DAMAGES IN THE SUM OF $1.00 ON HIS FEDERAL CIVIL RIGHTS CLAIMS AS AGAINST DEFENDANT HUDSON?

    YES_____     NO_____

11. SHOULD PLAINTIFF BE AWARDED NOMINAL DAMAGES IN THE SUM OF $1.00 ON HIS FEDERAL CIVIL RIGHTS CLAIMS AS AGAINST DEFENDANT RIVERA?

    YES_____     NO_____

### PUNITIVE DAMAGES

AS NOTED ABOVE, TO BE CONSIDERED ONLY IF YOU HAVE FOUND FOR THE PLAINTIFF ON ONE OR MORE OF HIS CLAIMS:

12. PLEASE STATE THE AMOUNT OF PUNITIVE DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFF AGAINST DEFENDANT HUDSON:

    PUNITIVE DAMAGES

    $ __20,000__

13. PLEASE STATE THE AMOUNT OF PUNITIVE DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFF AGAINST DEFENDANT RIVERA:

    PUNITIVE DAMAGES

    $ __30,000__

DATED:    JULY 17 2018
                CENTRAL ISLIP, NEW YORK

*Mary Catherine Kenny*
FOREPERSON